FILED FEB 22 '22 PM 3:02 USDCALS

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Clyde Earnest Douglas
Name under which you were convicted

992322815
Your prison number

vs.

CIVIL ACTION NO. 22-CV-79-CG-B
(To be supplied by Clerk of Court)

Baldwin County Sheriff's Department
Name of Defendant(s)
Baldwin County Corrections Quility HealthCare Services
Baldwin County Corrections Center 200 Hand Ave.
Place of Confinement and Address  Bay minette Al. 36507

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 12/1/2020

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $402.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

**I. PREVIOUS LAWSUITS.**

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )    No (X)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )    No (X)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   _____

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )    No ( )

   5. Name of judge to whom the case was assigned: _____

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____

   _____

   _____

   7. Approximate date of filing lawsuit: _____

   8. Approximate date of ruling by court: _____

3

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Baldwin County Corrections Center Baldwin County Sheriff's department, medical department Quality Health Care service

B. Date it occurred: December 30TH, 2021

C. Is there a prisoner grievance procedure in this institution? Yes

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓)   No ( )

E. If your answer is YES:

   1. What steps did you take? I put it on THE KOISK Tablet

   2. What was the result? 13 days later I was sent and had xrays

F. If your answer is NO, explain why not: _____

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

I was Tazed By Sheriffs officer and went down on my arm, which was under me, He Tells me To Stop resisting and Tazed me 4 more Times my arm was Broke at the forarm with Compound Fracture, I wasn't resisting I couldn't get my arm out from under me, so he keeps snatchin it. I was Taken To Foley Hospital where a Splint was put on my arm, and I was Transferd To Baldwin County Correct too with my arm Broke and was put in isolation For 13 days with no medical attention, in Servere pain laying in the Floor, 13 days later I was Taken To Dr. Frank Fountain office Bayminette Medical Arts. had xrays done, next day had Sergury on Right arm To put 2 plates and screws in To Repair it, No Feeling in Hand r Fingers.

4

## III. PARTIES.

A. Plaintiff (Your name/AIS): 00232815 Clyde Earnest Douglas

Your present address: Baldwin County Corrections Center, 200 Hand Ave. Bayminette AL. 36507

B. Defendant(s):

1. Defendant (full name) Baldwin County Sheriffs Office and Baldwin County Correction is employed as _____ at Center medical department Quility Health care

   His/her present address is Bayminette AL. 36507 / 200 Hand Ave.

   (a) Claim against this defendant: Inhuman Treatment, NOT Providing Proper Treatment, To render medical Treatment in Sufficent Time Casing Pain and suffering do To negelgence.

   (b) Supporting facts (Include date/location of incident): December 30th/2021 Foley Al 36535 Sunray Ct. My street To my Home

2. Defendant (full name) Baldwin County Corrections Center is employed as _____ at Quility Health Care Services

   His/her present address is 200 Hand Ave. Bayminette Al. 36507

   (a) Claim against this defendant: refusing medical treatment in the proper amount of time, causing unimagineable pain and suffering do To Negelgence.

   (b) Supporting facts (Include date/location of incident): arrested December 30th/2021 / wasn't sent to Dr. until the 12th of January To Have xrays Taken Foley Al. 36535 Sunray Ct.

3. Defendant (full name) _____ is employed as _____

at _____.

   His/her present address is _____.

5

(a) Claim against this defendant: _____
_____.

(b) Supporting facts (Include date/location of incident):
_____
_____
_____

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: *arrested for, P.O.S, Elluding, Resisting arrest, Reckless endangerment, Interfearing with Government operations*

2. When were you convicted? *Court date March 8th/2022*

3. What is the term of your sentence? *60 months pleaed offer took offer*

4. When did you start serving this sentence? *DEcember 30th/2021*

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )   No (X)

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____   *N/A*

6. What is your expected end of sentence (E.O.S.) date? *don't know* ~~_____~~

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(·) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |

6

Writ of habeas  yes( ) no( )         yes( ) no( )
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

_____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

I would like To Be Compensated For Pain and Suffering and any disibility Caused By back Regelapse From Not getting proper Care on Time.

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

Feb. 15th 2022
Date

Clyde Earnest Douglas
(Signature of Plaintiff Under Penalty of Perjury)

Baldwin County Correction Center
Current Mailing Address

200 hand Ave. Bayminette Al. 36507

~~[redacted]~~
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC.  FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7



Clyde Earnest Douglas
200 Hand Ave.
Bay Minette AL. 36507

MOBILE AL
17 FEB 2022 PM

Federal Court House
155 Saint Joseph Street
Mobile AL. 36602

This Correspondence is forwarded from the Baldwin County Sheriff's Corrections Center. The contents have not been evaluated, and the Baldwin Co. Sheriff's Office is not responsible for the substance or contents of the enclosed communication.

36602-352527