# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CLYDE EARNEST DOUGLAS,** **# 272104** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION 22-0079-CG-B ) |
| **DEPUTY KYLE FALDOSKI, et al.,** | ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1) is **ADOPTED** as the opinion of this Court. Accordingly, the Plaintiff's motion for entry of default judgment (Doc. 29) is **DENIED**.

**DONE and ORDERED** this 20th day of January, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE