## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

CLYDE EARNEST DOUGLAS,           )
# 272104,                        )
                                 )
    Plaintiff,            )
                                 )
vs.                              )  CIVIL ACTION NO. 22-0079-CG-B
                                 )
DEPUTY KYLE FALDOSKI, <u>et</u> <u>al.</u>,   )
                                 )
    Defendants.           )

## <u>ORDER</u>

After due and proper consideration of the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 36) made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(R), and dated April 27, 2023, is **ADOPTED** as the opinion of the Court.  Accordingly, Defendants Quality Corrections Health Care and South Baldwin Regional Medical Center are **DISMISSED with prejudice** from this action pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

    **DONE** and **ORDERED** this the 22nd day of June, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE