IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLYDE EARNEST DOUGLAS, | ) |
| Plaintiff, | ) ) |
| | ) CIVIL ACTION 22-00079-CG-B |
| vs. | ) ) |
| DEPUTY KYLE FALDOSKI, | ) ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge (Doc. 49) made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant, Deputy Kyle Faldoski's motion for summary judgment is **GRANTED**, that summary judgment is entered in favor of Defendant Faldoski, that Plaintiff's claims against Defendant Faldoski are **DISMISSED with prejudice**, and that Plaintiff's action is **DISMISSED** in its entirety.

**DONE** and **ORDERED** this 10th day of May, 2024.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE